```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
WOODRUFF,

                     Plaintiff,

      -against-

NATIONAL RAILROAD PASSENGER CORP.

                     Defendant.
------------------------------------------------------X

ORDER
09cv1709 (HB)

**Hon. HAROLD BAER, JR., District Judge**:

    WHEREAS, pursuant to an October 2, 2009 Order, this case was declared eligible for mediation; and

    WHEREAS, an attorney, Mr. Walker G. Harman, was appointed as counsel for the *pro se* Plaintiff solely for the purpose of mediation; and

    WHEREAS, pursuant to discussion with Mr. Harman and counsel for Defendant, it was determined that mediation would be fruitless and would not help to conclude this Action; it is hereby

    **ORDERED**, that this Action is no longer ~~available~~ eligible for mediation and will proceed as a litigation before this Court. As a result, Mr. Harman will no longer represent Plaintiff. The Clerk of the Court is instructed to re-classify this as a "Pro Se" Action and make all necessary changes to the docket.

SO ORDERED
New York, New York
October 30, 2009

_____
United States District Judge

1